Form 27 - AFFIDAVIT OF SERVICE

P23421215

**SLATER SLATER SCHULMAN LLP** NOEMI FUENTES
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

ASIA NELSON

PLAINTIFF

- vs -

PENN BURGERS LLC D/B/A CHECKERS

DEFENDANT

Index No. **2:25-CV-00588-SIL**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **10TH** day of **FEBRUARY, 2025 3:50PM** at
**797 GRANVILLE PAYNE AVENUE**
**BROOKLYN NY 11207**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **PENN BURGERS LLC D/B/A CHECKERS** the **DEFENDANT** therein named by delivering to, and leaving personally with **Maisha Turner, MANAGER,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT.**

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BLACK OR AFRICAN AMERICAN** HAIR: **HAT**
APP.AGE: **35-45** APP. HT: **5ft5in** APP. WT: **155**
OTHER IDENTIFYING FEATURES
**GLASSES**
**COMMENTS:**

Sworn to before me this
12TH day of FEBRUARY, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ASSMET ABDERRAHMAN #1115274
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-SSSL-23421215

2a