UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASIA NELSON,

                                 Plaintiff,

-against-

PENN BURGERS LLC d/b/a CHECKERS,

                                 Defendants.
-------------------------------------------------------------------X

**Case No.: 2:25-cv-588 (SIL)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendant in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       March 8, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
Slater Slater Schulman LLP
Attn: John C. Luke, Jr., Esq.
445 Broadhollow Road, Suite 419
Melville, NY 11747-3601
jluke@sssfirm.com

*Attorneys for Plaintiff*
*Asia Nelson*