# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 8, 2025

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

      Re:    **Nelson v. Penn Burgers LLC d/b/a Checkers**
              **Case No.: 2:25-cv-588(SIL)**

Dear Judge Locke:

      This firm represents the Defendant in the above-referenced case. The Defendant writes to respectfully request an extension of time of thirty-four (34) days to respond to the complaint.

      Pursuant to ¶ 2(B) of this Court's Individual Motion Practices, Defendant respectfully submits that:

      (i) the date of the original deadline was March 3, 2025 according to the docket;

      (ii) the reason an extension of time is needed is for your undersigned to investigate the allegations in the complaint and prepare an appropriate response;

      (iii) Plaintiff previously consented to a waiver of service to provide Defendant with sixty (60) days to respond to the complaint on February 10, 2025, which would cause the deadline to respond to the complaint to be extended to April 11, 2025;

      (iv) there have been no prior requests for an extension of time to respond to the complaint;

      (v) Defendant submits that good cause has been established by virtue of counsel's need for time to review and investigate the allegations in the complaint; and

      (vi) Defendant submits that excusable neglect exists because your undersigned had deadlines and appearances in other matters which prevented him from sooner appearing.

      In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(B).

      Defendant thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
        March 8, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
Slater Slater Schulman LLP
<u>Attn</u>: John C. Luke, Jr., Esq.
445 Broadhollow Road, Suite 419
Melville, NY 11747-3601
jluke@sssfirm.com

*Attorneys for Plaintiff*
*Asia Nelson*