# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 18, 2025

**<u>VIA ECF</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

    Re:    **Nelson v. Penn Burgers LLC d/b/a Checkers**
             <u>**Case No.: 2:25-cv-588 (SIL)**</u>

Dear Judge Locke:

    This firm represents the Defendant in the above-referenced case. The Defendant writes to respectfully request an extension of time to submit the joint letter required by this Court's Order dated April 10, 2025.

    Pursuant to ¶ 2(B) of this Court's Individual Motion Practices, Defendant respectfully submits that:

    (i) the date of the original deadline is today, April 18, 2025;

    (ii) the reason an extension of time is needed is for your undersigned to meet-and-confer with Plaintiff concerning the items raised in the April 10, 2025 Order;

    (iii) Plaintiff has not indicated whether he consents to the requested extension of time because your undersigned has not been able to reach her counsel, who may be observing a holiday;

    (iv) there have been no prior requests for an extension of time to submit the joint letter required by this Court's Order dated April 10, 2025; and

    (v) Defendant submits that good cause has been established by virtue of counsel's need for time to meet-and-confer with Plaintiff;

    In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

    Defendant thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
       April 18, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
Slater Slater Schulman LLP
<u>Attn</u>: John C. Luke, Jr., Esq.
445 Broadhollow Road, Suite 419
Melville, NY 11747-3601
jluke@sssfirm.com

*Attorneys for Plaintiff*
*Asia Nelson*