AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ASIA NELSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:25-cv-00588-SIL |
| PENN BURGERS LLC d/b/a CHECKERS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, ASIA NELSON, in the above captioned matter.

Date:   12/15/2025

Corey Weisfeld
*Attorney's signature*

Corey Weisfeld, 6173538
*Printed name and bar number*

3 Dakota Drive, Suite 300
Lake Success, NY 11042
*Address*

CWeisfeld@abramslaw.com
*E-mail address*

(516) 328-2300
*Telephone number*

(516) 328-8148
*FAX number*