# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

**January 9, 2026** :  Exchange of Rule 26(a)(1) disclosures

**February 5, 2026:**  Service of first interrogatories and document demands

**March 6, 2026:**  Responses to first interrogatories and document demands

**March 16, 2026:**  Motions to join new parties or amend the pleadings

 **TBD by Court:**   Status conference in courtroom 820

**May 20, 2026** :  Completion of depositions

_____:  Identification of case-in-chief experts and service of Rule 26 disclosures

_____:  Identification of rebuttal experts and service of Rule 26 disclosures

**June 20, 2026:**  Commencement of summary judgment motion practice.

  **TBD by Court:**   Pretrial conference in courtroom 820