| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/15/26<br>TIME: 11:30 am |

CASE:  CV 25-588(SIL) Nelson v. Penn Burgers, LLC
TYPE OF CONFERENCE:   INITIAL                                    FTR: 11:29-11:37

APPEARANCES:
   For Plaintiff:   Corey Weisfeld

   For Defendant: Emanuel Kataev

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☒   The court has adopted and So Ordered the joint proposed scheduling order [14] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   A District Judge has been assigned.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   5/12/26 at 10:15 am    : Status conference

   7/8/26 at 10:15 am     : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                            SO ORDERED

                            /s/Steven I. Locke
                            STEVEN I. LOCKE
                            United States Magistrate Judge