

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

Corey Weisfeld, Esq. - Associate
CWeisfeld@Abramslaw.com

April 8, 2026

**Via ECF**
Hon. Judge James R. Cho
United States District Court
Eastern District of New York

      **Re:    Asia Nelson v. Penn Burgers LLC d/b/a Checkers**
                **2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

Plaintiff respectfully submits this letter pursuant to Fed. R. Civ. P. 37(a)(1) and Local Civil Rule 37.3(c) seeking relief in connection with Defendant's failure to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

Plaintiff served the above-referenced discovery demands on February 5, 2026, making Defendant's responses due on March 6, 2026. At Defendant's request, Plaintiff granted a two-week extension through March 20, 2026. Despite that extension, Defendant has not served any responses or objections to date.

Plaintiff has made good faith efforts to resolve this issue without Court intervention. On March 25, 2026, Plaintiff sent a deficiency letter advising that Defendant's responses were overdue and requesting compliance. Defendant did not respond. On April 6, 2026, Plaintiff again wrote to Defendant pursuant to Rule 37(a)(1) and Local Civil Rule 37.3(a) requesting to meet and confer regarding the outstanding discovery and providing a deadline of Wednesday at 12:30 p.m. for Defendant to serve full and complete responses. Defendant did not respond to that correspondence and has not otherwise engaged in any meet-and-confer efforts. A joint submission was not possible due to Defendant's failure to respond to Plaintiff's attempts to meet and confer.

Defendant's complete failure to serve any responses or objections has prejudiced Plaintiff's ability to prosecute this action and has stalled discovery. Accordingly, Plaintiff respectfully requests that the Court order Defendant to serve full and complete responses to Plaintiff's First Request for Production of Documents and Interrogatories by a date certain.



Date
Page **2** of **2**

In addition, because Defendant failed to timely serve any responses or objections and has not participated in the meet-and-confer process, Plaintiff respectfully requests that the Court deem any objections waived. Plaintiff further requests an award of reasonable costs and fees incurred in connection with this application pursuant to Fed. R. Civ. P. 37(a)(5).

Plaintiff thanks the Court for its attention to this matter.


Respectfully Submitted,

ABRAMS FENSTERMAN LLP


*Corey Weisfeld*
Corey Weisfeld