# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

April 20, 2026

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, NY 11201-1804

> **Re:** **Nelson v. Penn Burgers LLC d/b/a Checkers**
> <u>**Case No.: 2:25-cv-588 (SIL)**</u>

Dear Judge Cho:

This firm represents the Defendant in the above-referenced case. The Defendant writes to respectfully request an adjournment of the conference currently scheduled to proceed in-person at 10:00 AM on April 22, 2026 pursuant to this Court's Order dated April 15, 2026.

Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i) the appearance date is set forth *supra*;

(ii-iii) there have been no prior requests to adjourn this particular conference;

(iv) Plaintiff consents to the adjournment; and

(v) Defendant submits that this request does not affect any other scheduled court appearance or deadline.

The reason for the request is because your undersigned is engaged to defend a deposition in the matter of <u>Bush v. EZ Advocates, LLC</u>, *et ano.*; Case No.: 8:25-cv-1375 (KKM) (TGW) pending before the United States District Court for the Middle District of Florida, Tampa Division.

In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this Court for its time and attention to this case.

Dated:  Jamaica, New York
        April 20, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
All counsel of record