

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

April 24, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho
225 Cadman Plaza East, Courtroom 11D
Brooklyn, NY 11201-1804

 Re:  ***Asia Nelson v. Penn Burgers LLC d/b/a Checkers***
  **2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

 I write on behalf of Plaintiff to respectfully request an adjournment of the conference currently scheduled for April 28, 2026. The undersigned is scheduled to participate in a mediation on that date in *Rachel N. Morris v. Fairview Nursing Care Center, Inc. et al.*, Index No. 709780/2025 (Sup. Ct., Queens County). In addition, my colleague, John Luke Jr., Esq., will be engaged in two separate depositions that same day.

 Plaintiff has conferred with Defendant regarding this request and sought Defendant's consent; however, no response has yet been received. Plaintiff proposed alternative dates of May 7, May 11, or May 14, 2026.

 This is Plaintiff's first request for an adjournment of this conference, although the conference was previously adjourned once at Defendant's request. Thank you for the Court's consideration.

 Very truly yours,

 *Corey Weisfeld*

 Corey Weisfeld, Esq.