

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

Corey Weisfeld, Esq. - Associate
CWeisfeld@Abramslaw.com

May 6, 2026

<u>**Via ECF**</u>
Hon. Judge James R. Cho
United States District Court
Eastern District of New York

    **Re:**  **Asia Nelson v. Penn Burgers LLC d/b/a Checkers**
       **2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

   Pursuant to the Court's scheduling order, Plaintiff submits this letter regarding the status of mediation in this action.

   The parties have conferred regarding the preparation of a joint mediation status update. However, they were unable to reach agreement on the contents of a joint submission. Accordingly, Plaintiff submits this unilateral status update in compliance with the Court's directive. Mediation has not yet been completed, and Plaintiff looks forward to discussing the matter further at the next conference.

   Plaintiff respectfully submits this letter to ensure compliance with the Court's scheduling order in advance of the upcoming conference.

           Respectfully Submitted,

           ABRAMS FENSTERMAN LLP

           *Corey Weisfeld*
           Corey Weisfeld