# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

May 7, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11021-1804

> Re:  **Nelson v. Penn Burgers LLC d/b/a Checkers**
> <u>**Case No.: 2:25-cv-588 (FB) (JRC)**</u>

Dear Judge Cho:

This firm represents the Defendant in the above-referenced case.  The Defendant writes to respectfully submit further details it respectfully submits this Court should be aware of, which Plaintiff did not want to disclose to the Court, concerning the parties' efforts to mediate this case.

The parties previously agreed upon a neutral and reached out to Mediator Elena Paraskevas-Thadani who informed them on March 3, 2026 that she was unavailable to conduct a mediation prior to April 22, 2026 (the deadline to conduct a mediation).

Defendants' counsel thereafter reached out to Mediators: (i) Barry Peek, Esq., who provided availability on April 22, 2026 and followed up on April 28, 2026 with no response from either party; (ii) Robyn Weinstein who provided availability on April 22, 2026 with no response from either party; (iii) Jacqueline James, Esq. who asked for a telephonic conference on April 22, 2026 prior to being engaged as a mediator with no response from either party; and (iv) James Brown who currently only has available dates in July 2026.  Defendant thanks this Court for its time and attention to this case.

Dated:  Jamaica, New York
        May 7, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
All counsel of record