# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

May 12, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, NY 11201-1804

> Re:   **Nelson v. Penn Burgers LLC d/b/a Checkers**
>        **Case No.: 2:25-cv-588 (SIL)**

Dear Judge Cho:

This firm represents the Defendant in the above-referenced case.  The Defendant writes to respectfully request an adjournment of the conference currently scheduled to proceed in-person at 11:00 AM on Thursday, May 14, 2026 pursuant to this Court's Order dated April 24, 2026.

Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i) the appearance date is set forth *supra*;

(ii-iii) there has been one (1) prior request to adjourn this particular conference, which was granted on consent of the Plaintiff;

(iv) Defendant was unable to request Plaintiff's consent due to having to travel today for a settlement conference tomorrow morning before the Hon. Lawrence R. Leonard, U.S.M.J. in the matter of <u>Loganathan v. Ferguson Enterprises LLC</u>, Case No.: 4:25-cv-120 (JKW) (RJK) (E.D.V.A.); and

(v) Defendant submits that this request does not affect any other scheduled court appearance or deadline.

The reason for the request is because your undersigned is engaged as *pro bono* counsel in the matter of <u>Sycamore Owners Corp. v. Fatakhov, *et ano*</u>; Index No.: LT-304371-26/QU (Queens County Civil Court) to defend an indigent individual from being evicted from her residence at 9:30 AM on Thursday, May 14, 2026.  The previous time I appeared for that case, I was calendar no. 107 and the appearance will not likely be completed in time of me to travel to Brooklyn from Queens to appear before this Court at 11:00 AM an hour-and-a-half after the 9:30 AM appearance in the landlord-tenant special proceeding.  Further, your undersigned will be engaged in a court Ordered mediation at 11:30 AM in the matter of <u>Avi & Co NY Corp. v. ChannelAdvisor Corp.</u>, Case No.: 5:23-cv-255 (TWB) (BM), which is scheduled to proceed to trial on July 1, 2026 in the United States District Court for the Eastern District of North Carolina, Elizabeth City Division.

In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested adjournment. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this Court for its time and attention to this case.

Dated:  Jamaica, New York
      May 12, 2026                        Respectfully submitted,

                                         **SAGE LEGAL LLC**

                                         By:  <u>*/s/ Emanuel Kataev, Esq.*</u>
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.nyc

                                         *Attorneys for Defendant*
                                         *Penn Burgers LLC d/b/a Checkers*

<u>**VIA ECF**</u>
All counsel of record