**ABRAMS | FENSTERMAN, LLP**
**ATTORNEYS AT LAW**

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

Long Island · Brooklyn · White Plains · Rochester · Albany

Corey Weisfeld, Esq. - Associate

CWeisfeld@Abramslaw.com

August 10, 2026

**Via ECF**
Hon. Judge James R. Cho
United States District Court
Eastern District of New York

> **Re:** **Asia Nelson v. Penn Burgers LLC d/b/a Checkers**
> **2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

Plaintiff respectfully submits this letter in response to the Court's scheduling directive requiring the parties to file a joint status report or a stipulation of dismissal by today, August 10, 2026.

The parties have reached a settlement in principle and are in the process of finalizing the Settlement Agreement. Plaintiff provided the Settlement Agreement to Defendant's counsel for review on July 20, 2026. Plaintiff followed up on July 24, 2026, and Defendant's counsel responded that he was awaiting an opportunity to meet with his client to review the Agreement and was pushing to do so early the following week. Plaintiff thereafter followed up on August 3, 2026, and again on August 5, 2026, to obtain an update regarding the status of the Agreement. Plaintiff has not heard back from Defendant's counsel since the July 24, 2026 email regarding the Agreement's execution.

In light of the foregoing, Plaintiff respectfully requests a one-week extension, through August 17, 2026, to submit either a fully executed stipulation of dismissal or a further joint status report. Plaintiff anticipates that the Settlement Agreement will be finalized during that period and that a stipulation of dismissal can thereafter be submitted to the Court.

Plaintiff reached out to defense counsel today but has not yet received a response. In an abundance of caution, and to ensure compliance with the Court's deadline, Plaintiff submits this letter individually. Plaintiff thanks the Court for its attention to this matter.

Respectfully Submitted,


ABRAMS FENSTERMAN LLP


*_/s/ Corey Weisfeld* ___
Corey Weisfeld, Esq.