# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


August 17, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East, Courtroom 11D South
Brooklyn, NY 11201-1804

**Re: Nelson v. Penn Burgers LLC d/b/a Checkers**
**Case No.: 2:25-cv-588 (SIL)**

Dear Judge Cho:

This firm represents the Defendant in the above-referenced case. The Defendant writes to respectfully request a one (1) week extension of time to file a stipulation of dismissal or joint status report, pursuant to this Court's Order dated August 11, 2026.

Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i) the deadline is set forth *supra*;

(ii-iii) there has been one (1) prior request for extension of time in this matter, which was granted;

(iv) Plaintiff consents to this request; and

(v) Defendant does not anticipate that this request affects any other scheduled court appearance or deadline.

In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
August 17, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)

(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
All counsel of record