ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

Corey Weisfeld, Esq. - Associate

CWeisfeld@Abramslaw.com

September 9, 2026

**Via ECF**
Hon. Judge James R. Cho
United States District Court
Eastern District of New York

**Re: Asia Nelson v. Penn Burgers LLC d/b/a Checkers**
**2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

Plaintiff respectfully submits this letter in response to the Court's scheduling directive requiring the parties to file a joint status report or a stipulation of dismissal by today, September 9, 2026.

The parties reached a settlement in principle during the settlement conference before the Court and have been attempting to finalize the Settlement Agreement. On August 25, Defendant's counsel advised that he required additional time to meet with his client regarding the Agreement. Plaintiff suggested that, rather than request only a one-week extension, Defendant request two weeks, given the prior delays in arranging that meeting. Defendant's counsel agreed and thanked Plaintiff's counsel.

Plaintiff thereafter received the Settlement Agreement back from Defendant's counsel on August 26, 2026. At that time, however, Defendant's counsel had inserted material terms that had not been negotiated or agreed upon by the parties. Most significantly, the revised Agreement provided that Defendant would make payments to Plaintiff pursuant to a payment plan.

No such payment schedule was negotiated during the settlement conference, nor was any payment plan ever discussed or proposed by Defendant's counsel during the conference. Accordingly, Plaintiff could not agree to the newly inserted payment schedule.

On September 1, 2026, Plaintiff emailed Defendant's counsel stating that the parties never discussed the breakdown of the payment plan and asked whether Defendant could make a

$15,000 first payment. Defendant's counsel advised that he would discuss the issue with his client. Plaintiff then followed up with Defendant's counsel on September 3, September 8, and again today, September 9, requesting an update. Plaintiff has not received a substantive response.

Thus, although Plaintiff remains committed to resolving this matter pursuant to the settlement reached before the Court, the Settlement Agreement has not been finalized because Defendant's counsel introduced a payment term that was not part of the parties' negotiated settlement. Plaintiff has promptly addressed the issue and has repeatedly sought to obtain Defendant's position so that the Agreement can be finalized.

In light of the foregoing, Plaintiff respectfully requests that the Court permit the parties an additional one-week period to finalize the Settlement Agreement and submit either a fully executed stipulation of dismissal or a further status report. Plaintiff appreciates the Court's attention to this matter and remains hopeful that the remaining issue can be promptly resolved.

Respectfully Submitted,

ABRAMS FENSTERMAN LLP

/s/ ***Corey Weisfeld***
Corey Weisfeld