ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

Corey Weisfeld, Esq. - Associate

CWeisfeld@Abramslaw.com

September 18, 2026

**Via ECF**
Hon. Judge James R. Cho
United States District Court
Eastern District of New York

**Re: Asia Nelson v. Penn Burgers LLC d/b/a Checkers**
**2:25-cv-00588 (FB) (JRC)**

Dear Judge Cho:

Plaintiff writes respectfully to provide a brief status update and to apologize for not filing the requested status report yesterday.

The parties have reached agreement on the payment schedule and are presently working to finalize the remaining terms of the settlement. Accordingly, we respectfully request a one-week extension, through September 25, 2026, to finalize the agreement and submit the appropriate filing to the Court.

We apologize for the delay and appreciate the Court's consideration of this request.

Respectfully Submitted,

ABRAMS FENSTERMAN LLP

Corey Weisfeld
Corey Weisfeld