**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 25, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

**Re: Nelson v. Penn Burgers LLC d/b/a Checkers**
**Case No.: 2:25-cv-588 (FB) (JRC)**

Dear Judge Cho:

This firm represents the Defendant in the above-referenced case. The Defendant writes to respectfully request a one (1) week extension of time to file a stipulation of dismissal or joint status report, pursuant to this Court's Order dated September 18, 2026. This is because significant engagements this week did not present your undersigned with an opportunity to meet with Defendant to review the revised settlement agreement sent by Plaintiff this week.

Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i) the deadline is set forth *supra*;

(ii-iii) there have been three (3) prior requests for an extension of time in this case, all of which were granted;

(iv) Plaintiff consents to this request; and

(v) Defendant does not anticipate that this request affects any other scheduled court appearance or deadline.

In light of the foregoing, Defendant respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
September 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: _/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**VIA ECF**
All counsel of record