# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 7, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

**Re: Nelson v. Penn Burgers LLC d/b/a Checkers**
**Case No.: 2:25-cv-588 (FB) (JRC)**

Dear Judge Cho:

This firm represents Defendant Penn Burgers LLC d/b/a Checkers (the "Defendant") in the above-referenced action. Defendant respectfully submits this status report concerning the parties' settlement efforts and requests that the Court accept this report nunc pro tunc. The parties have agreed upon a draft settlement agreement and are presently awaiting execution by the parties.

In light of the parties' substantial progress toward final resolution, Defendant respectfully requests a two-week extension of the October 2, 2026 deadline, through October 16, 2026, to file the stipulation of dismissal or, if necessary, a further joint status report. The brief extension is requested because your undersigned is out of the country through October 13, 2026, and will need to be available to coordinate the remaining execution and filing steps upon his return. Defendant apologizes for the brief delay in submitting this status report.

Pursuant to ¶ C(2) of this Court's Individual Practices, Defendant respectfully submits that:

(i) the current deadline to file a stipulation of dismissal or joint status report was October 2, 2026;

(ii)-(iii) there have been four (4) prior requests for extensions of time in this case, all of which were granted;

(iv) Plaintiff consents to this request; and

(v) Defendant does not anticipate that this request will affect any other scheduled court appearance or deadline.

Accordingly, Defendant respectfully requests that the Court grant the foregoing *nunc pro tunc* extension of time pursuant to Fed. R. Civ. P. 6(b)(1)(B).

Defendant thanks the Court for its time and attention to this matter.

Dated: Jamaica, New York
October 7, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: *<u>/s/ Emanuel Kataev, Esq.</u>*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Penn Burgers LLC d/b/a Checkers*

**<u>VIA ECF</u>**
All counsel of record