UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASIA NELSON,

Plaintiff,

-against-

PENN BURGERS LLC d/b/a CHECKERS,

Defendant.
-----------------------------------------------------------------X

2:25-cv-00588-FB-JRC

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued with prejudice, without costs to any of the parties as against the others. This Stipulation may be signed in counterparts, and email and pdf signatures are valid and binding. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: Lake Success, New York
October 13, 2026

ABRAMS FENSTERMAN, LLP

By: Corey Weisfeld
Corey Weisfeld, Esq.
3 Dakota Drive, Suite 300
Lake Success, New York 11042
(516) 328-2300

*Attorney for Plaintiff*

Dated: New York, New York
October 13, 2026

SAGE LEGAL

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
1411 Broadway 29th Floor
New York, NY 10018
(718) 412-2421

*Attorney for Defendant*